JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN AZZARITO,<br><br>               Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC., and DOES 1-50, et al.<br><br>               Defendants. | Case No. 8:24−cv−02605−DOC−ADS<br><br>**ORDER REMANDING CASE TO THE SUPERIOR COURT**<br><br>Complaint Filed:   10/18/24 |

/ / /

/ / /

1

ORDER

# ORDER

On December 16, 2024, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Central District of California case number 8:24−cv−02605−DOC−ADS styled JUSTIN AZZARITO v. MERCEDES-BENZ USA, LLC, et al. is hereby REMANDED to the Orange County Superior Court.

**IT IS SO ORDERED**.

Dated: December 16, 2024

_____
Hon. David O. Carter
UNITED STATES DISTRICT COURT